**Order entered February 13, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00185-CR

**BRANDON WALTON STEWART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. WX15-90003-J**

## ORDER

The Court has received appellant's appeal from the trial court's order denying him habeas corpus relief by which he sought to avoid extradition. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31. The notice of appeal reflects that appellant is represented by appointed counsel.

We **ORDER** the Dallas County District Clerk to file the clerk's record in this appeal within **FIFTEEN DAYS** of the date of this order. In addition to the documents related to the habeas corpus proceedings, the clerk's record shall contain the trial court's certification of appellant's right to appeal.

We **ORDER** Kimberly Xavier, official court reporter of the Criminal District Court No. 3, to file the reporter's record of the habeas corpus hearing within **FIFTEEN DAYS** of the date of this order.

Appellant's brief is due by **MARCH 23, 2015**. The State's brief is due by **APRIL 13, 2015**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without oral argument on **May 15, 2015** to a panel consisting of Justices Lang, Stoddart, and Schenck. *See* TEX. R. APP. P. 31.2, 39.1.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, official court reporter, Criminal District Court No. 3; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE